**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| STRATUS GROUP, INC., STRATUS HOLDINGS GROUP OF FLORIDA, LLC., FREEWAY AUTO CREDIT, LLC., AND STRATUS GROUP EQUIPMENT, LLC | Case No. 08-11096 (jdw) |
| Debtors. | |

**NOTICE OF PAYMENT OF FUNDS INTO**
**THE REGISTRY OF THE COURT**

COMES NOW, IAN RATNER, Trustee of the above named Estate, hereby shows the following:

1. In accordance with 11 U.S.C. Section 347(a), payment has been stopped on all checks of the estate which remain unpaid, as identified in Paragraph 3. The total sum of these checks is **$282.23,** which has been deposited with the Court for disposition pursuant to 28 U.S.C Sections 2041 *et. seq.*

2. On May 12, 2015 Final distributions were made. Creditors identified in Paragraph 3 never presented check to any banking institution. Since that time the Trustee has exhausted all reasonable measures to locate creditor. These efforts have been unsuccessful.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3011, the last known name and address of each entity whose interim dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

| Creditor Name | Creditor Address | Amount |
|---|---|---|
| Atlanta Auto Auction | 4900 Buffington Road<br>College Park, GA  30349 | $    8.88 |
| Georgia Power Company | 96 Annex<br>Atlanta, GA 30396-0001 | $  88.42 |
| Guy's Waste Services, LLC | P.O. Box 1739<br>Byron, GA 31008-1739 | $  12.82 |

1

| Creditor Name | Creditor Address | Amount |
|---|---|---|
| Atlanta Auto Auction | 4900 Buffington Road<br>College Park, GA  30349 | $   8.88 |
| Tire City Collision | North 4832-A Hamilton Rd<br>Columbus, GA  31904 | $  32.51 |
| Water, Gas & Light | P.O. Box 1788<br>Albany, GA  31702-1788 | $  39.31 |
| Embarq | P.O. Box 96064<br>Charlotte, NC 28296-0064 | $   8.53 |
| Jones Towing, LLC | P.O. Box 5281<br>Tallahassee, FL  32314 | $   9.56 |
| Tallahassee's Car & Photo Classified | P.O. Box 382280<br>Tallahassee, FL  38280 | $   9.40 |
| | **TOTAL** | **$ 282.23** |

Respectfully submitted, this 1st of April, 2016.

MORRIS, MANNING & MARTIN, LLP

3343 Peachtree Road, N.E., Suite 1600 By:  /s/ Lisa Wolgast
Atlanta, Georgia  30326       Lisa Wolgast
Telephone:  (404) 233-7000     Georgia Bar No. 773399
Facsimile:  (404) 365-9532

*Counsel to the Liquidating Agent*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| IN RE:<br><br>STRATUS GROUP, INC., STRATUS HOLDINGS GROUP OF FLORIDA, LLC., FREEWAY AUTO CREDIT, LLC., AND STRATUS GROUP EQUIPMENT, LLC<br><br>                Debtors. | Chapter 11<br><br>Case No. 08-11096 (jdw) |

**CERTIFICATE OF SERVICE**

This will certify that on this day I served a copy of **NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT** by depositing a copy of same in the United States Mail with adequate postage affixed thereon, addressed to the following:

**SEE ATTACHED DISTRIBUTION LIST**

Respectfully submitted, this 1st of April, 2016.

MORRIS, MANNING & MARTIN, LLP

3343 Peachtree Road, N.E., Suite 1600     By: /s/ Lisa Wolgast
Atlanta, Georgia  30326                          Lisa Wolgast
Telephone:  (404) 233-7000                    Georgia Bar No. 773399
Facsimile:  (404) 365-9532

*Counsel to the Liquidating Agent*

3

**DISTRIBUTION LIST**

Paul K. Ferdinands  
Jonathan W. Jordan  
King & Spalding LLP  
1180 Peachtree Street  
Atlanta, GA 30309  

U.S. Trustee for the Middle District of GA  
440 Martin Luther King Jr. Blvd.  
Suite 302  
Macon, GA 31201  

Karl E. Osmus  
David M. Wolfson  
David M. Wolfson, P.C.  
1010 Williams Street  
Valdosta, GA 31601  

Edgar W. Duskin Jr.  
David A. Garland  
Moore, Clark, DuVall & Rodgers, P.C.  
2829 Old Dawson Road  
Albany, GA 31707  

James C. Frenzel  
James C. Frenzel, P.C.  
3343 Peachtree Road NE  
Suite 155  
Atlanta, Georgia 30326  

Alfred N. Corriere  
Vansant & Corriere, LLC  
P.O. Box 347  
129 South Washington Street, 2nd Floor  
Albany, GA 31702  

Jesse H. Austin, III  
King & Spalding LLP  
1180 Peachtree Street  
Atlanta, GA 30309  

Eric N. Durlacher  
Bryan T. Glover  
Burr & Forman LLP  
Suite 1100, 171 Seventeenth Street, NW  
Atlanta, GA 30363  

Robert M.D. Mercer  
Schulten Ward & Turner, LLP  
260 Peachtree Street, NE  
Suite 2700  
Atlanta, GA 30303  

Lauren Lamberth  
Assistant Attorney General  
PO Box 20207  
Nashville, TN 37202  

Wesley J. Boyer  
Katz, Flatau & Boyer, LLP  
355 Cotton Avenue  
Macon, GA 31201  

William A. DuPre IV  
Christopher M. Walsh  
Miller & Martin PLLC  
1170 Peachtree Street, Suite 800  
Atlanta, GA 30309-7649  

T. Lee Bishop, Jr.  
P.O. Box 1791  
Albany, GA 31702-1791  

Glenn A. Kirbo  
2405 Westgate Drive  
Albany, GA 31707  

Atlanta Auto Auction  
4900 Buffington Road  
College Park, GA 30349  

Meineke Car Care Center #284  
1435 Eisenhower Parkway  
Macon, GA 31206

Georgia Power Company
96 Annex
Atlanta, Ga 30396-0001

Guy's Waste Services, LLC
P.O. Box 1739
Byron, Ga 31008-1739

Water, Gas & Light
P.O. Box 1788
Albany, Ga 31702-1788

Jones Towing, LLC
P.O. Box 5281
Tallahassee, FL 32314

J. Carole Thompson Hord
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309

Brent M. Estes
Busch & Reed, P.C.
701 Whitlock Avenue, K-47
Marietta, GA  30064

William E. Williams
Gray Robinson
P. O. Box 11189
Tallahassee, FL  32302-3189

Eric. T. Ray
Balch & Bingham, LLP
1901 6th Avenue, North
Suite 2600
Birmingham, AL  35203

Kim M. Minix
Kenneth S. Nugent, P.C.
208 North Westover Blvd.
Albany, GA  31707

Mock-Run Lawn Care
1580 Us 19 South Raintree 9
Leesburg, Ga 31763

Tire City Collision
North 4832-A Hamilton Rd
Columbus, Ga 31904

EMBARQ
P.O. Box 96064
Charlotte, NC 28296-0064

Tallahassee's Car & Photo Classified
P.O. Box 382280
Tallahassee, FL 38280

Walter W. Kelley
Kelley, Lovett & Blakey, P.C.
P. O. Box 70879
Albany, GA 31708

Jesse H. Austin, III
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309

Barbara Parker
U.S. Attorney's Office
P. O. Box 1702
Macon, GA  31202-1702

Tiffany Y. Lucas
Attorney General's Office
40 Capital Square
Atlanta, GA  30334

Mary P. Miras
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street
New York, NY  10022

Susan I. Gaines
Resurgent Capital Services
15 S. Main Street, Suite 700
Greenville, SC  29601

Stephanie R. Hudson
Sutherland, Asbill & Brennan
999 Peachtree Street, N.E.
Atlanta, GA  30309

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, GA  30363

Henry F. Sewell, Jr.
S. Elizabeth Hall
McKenna Long & Aldridge, LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308