# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| IN RE:<br><br>STRATUS GROUP, INC., STRATUS HOLDINGS GROUP OF FLORIDA, LLC., FREEWAY AUTO CREDIT, LLC., AND STRATUS GROUP EQUIPMENT, LLC<br><br>             Debtors. | Chapter 11<br><br>Case No. 08-11096 (jdw) |

### AMENDED NOTICE OF PAYMENT OF FUNDS
### INTO THE REGISTRY OF THE COURT

COMES NOW, IAN RATNER, Trustee of the above named Estate, hereby shows the following:

1. In accordance with 11 U.S.C. Section 347(a), payment has been stopped on all checks of the estate which remain unpaid, as identified in Paragraph 3. The total sum of these checks is **$282.23,** which has been deposited with the Court for disposition pursuant to 28 U.S.C Sections 2041 et. Seq.
2. On May 12, 2015 Final distributions were made. Creditors identified in Paragraph 3 never presented check to any banking institution. Since that time the Trustee has exhausted all reasonable measures to locate creditor. These efforts have been unsuccessful.
3. Pursuant to Federal Rule of Bankruptcy Procedure 3011, the last known name and address of each entity whose interim dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

| Creditor Name | Creditor Address | Amount |
|---|---|---|
| ATLANTA AUTO AUCTION | 4900 BUFFINTON RD.<br>COLLEGE PARK, GA 30349 | $   8.88 |
| GEORGIA POWER CO | 96 ANNEX<br>ATLANTA, GA 30396-0001 | $  88.42 |
| GUY'S WASTE SERVICES, LLC | P.O. BOX 1739<br>BYRON, GA 31008-1739 | $  12.82 |
| MEINEKE CAR CARE CENTER #284 | 1435 EISHNHOWER PARKWAY<br>MACON, GA 31206 | $  63.99 |

| | | |
|---|---|---|
| MOCK-RUN LAWN CARE | 1580 US 19 SOUTH RAINTREE 9 LEESBURG, GA 31763 | $ 8.81 |
| TIRE CITY COLLISION | NORTH 4832-A HAMILTON RD COLOMBUS, GA 31904 | $ 32.51 |
| WATER, GAS & LIGHT | P.O. BOX 1788 ALBANY, GA 31702-1788 | $ 39.31 |
| EMBARQ | P.O. BOX 96064 CHARLOTTE, NC 28296-0064 | $ 8.53 |
| JONES TOWING, LLC | P.O. BOX 5281 TALLAHASSEE, FL 32314 | $ 9.56 |
| TALLAHASSEE'S CAR & PHOTO CLASSIFIED | P.O. BOX 382280 TALLAHASSEE, FL 38280 | $ 9.40 |
| | **TOTAL** | **$282.23** |

Respectfully submitted, this 21st day of April, 2016.

                                                  MORRIS, MANNING & MARTIN, LLP

3343 Peachtree Road, N.E., Suite 1600    By: /s/ Lisa Wolgast
Atlanta, Georgia 30326                           Lisa Wolgast
Telephone: (404) 233-7000                 Georgia Bar No. 773399
Facsimile: (404) 365-9532

                                                 *Counsel to the Liquidating Agent*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| IN RE:<br><br>STRATUS GROUP, INC., STRATUS HOLDINGS GROUP OF FLORIDA, LLC., FREEWAY AUTO CREDIT, LLC., AND STRATUS GROUP EQUIPMENT, LLC<br><br><br>          Debtors. | Chapter 11<br><br>Case No. 08-11096 (JDW) |

## **CERTIFICATE OF SERVICE**

This will certify that on this day I served a copy of **AMENDED NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT** by depositing a copy of same in the United States Mail with adequate postage affixed thereon, addressed to the following:

**SEE ATTACHED DISTRIBUTION LIST**

Respectfully submitted, this 21st of April, 2016.

                                        MORRIS, MANNING & MARTIN, LLP

3343 Peachtree Road, N.E., Suite 1600    By: /s/ Lisa Wolgast
Atlanta, Georgia  30326                      Lisa Wolgast
Telephone:  (404) 233-7000                   Georgia Bar No. 773399
Facsimile:  (404) 365-9532

                                        *Counsel to the Liquidating Agent*

## DISTRIBUTION LIST

Paul K. Ferdinands
Jonathan W. Jordan
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

U.S. Trustee for the Middle District of GA
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201

Atlanta Auto Auction
4900 Buffington Road
College Park, GA 30349

Meineke Car Care Center #284
1435 Eisenhower Parkway
Macon, GA 31206

Georgia Power Company
96 Annex
Atlanta, Ga 30396-0001

Mock-Run Lawn Care
1580 Us 19 South Raintree 9
Leesburg, Ga 31763

Guy's Waste Services, LLC
P.O. Box 1739
Byron, Ga 31008-1739

Tire City Collision
North 4832-A Hamilton Rd
Columbus, Ga 31904

Water, Gas & Light
P.O. Box 1788
Albany, Ga 31702-1788

EMBARQ
P.O. Box 96064
Charlotte, NC 28296-0064

Jones Towing, LLC
P.O. Box 5281
Tallahassee, FL 32314

Tallahassee's Car & Photo Classified
P.O. Box 382280
Tallahassee, FL 38280